IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-03419-CV-S-BP |
| | ) | |
| TIMOTHY O'LAUGHLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court are several Motions filed by Defendant personally between March 5, 2021, and March 15, 2021. Defendant is currently hospitalized at the Federal Medical Center in Rochester, Minnesota, pursuant to a commitment under 18 U.S.C. § 4246 and is represented by appointed counsel. This matter has been referred to the undersigned for processing and handling. A summary of the *pro se* motions follows:

1. March 5, 2021 Motion requesting an updated docket sheet. (Doc. 112.)

2. March 5, 2021 Motion "for a declaratory judgment as a matter of default due to the neglect and/or failure to respond to civil action litigation pursuant to Rule 57 of the Fed. R. Civ. Procedure." (Doc. 113.)

3. March 8, 2021 Motion alleging "inaffective (sic) assistance of counsel," and "demand[ing] change in legal representation." (Doc. 114.)

4. March 8, 2021 Motion "for a default judgment as a matter of default due to the neglect and/or failure to respond to civil action pursuant to Rule 55(b)(1) of the Fed. R. Civ. P." (Doc. 115.)

5. March 8, 2021 Motion alleging "inaffective (sic) assistance of counsel," and "demand[ing] change in counsel/legal representation." (Doc. 116.)

6. March 8, 2021 Motion for an Unconditional Discharge Hearing from Civil Commitment Pursuant to Title 18 U.S.C. 4247(h). (Doc. 117.)

7. March 10, 2021 Motion "demanding that a default judgment be entered and/or granted/approved for all of the previous identified failures to defend/responses due [and] request[ing] an updated docket sheet." (Doc. 118.)

8. March 15, 2021 Motion to "initiate Fed. R. Civ. P. 60(b)(3) supplementing document entries #s 106, 107 and 108/9 [and] request for docket sheet." (Doc. 121.)

First, Defendant's multiple requests for a copy of the docket sheet will be denied. Defendant should direct any requests for information regarding this action to his counsel.

Regarding Defendant's claims of ineffective assistance of counsel and demands for new counsel (docs. 114, 116), as previously advised, there is no deficiency in counsel's performance, nor any basis for substitution of counsel, and these motions will be denied.

Defendant's *pro se* Motion for an Unconditional Discharge Hearing (doc. 117) will be denied as unauthorized pursuant to 18 U.S.C. § 4247(h).

Defendant's motions for a default judgment (docs. 113, 115, 118) will be denied in accordance with the Court's previous orders (docs. 110, 111), as to which the undersigned notes Defendant has filed a Notice of Appeal (doc. 119, 119-1.) The motion to supplement (doc. 121) will also be denied, as the pleadings that Defendant seeks to supplement have already been resolved by prior order.

Based on the foregoing, all relief requested in the eight *pro se* Motions is **DENIED** without prejudice. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 18, 2021